# CCC Milestone Review



**Terzian, Lina**
PRG 1   MSH-Family Medicine

**December 2021**
63% Complete

## Patient Care 1: Care of the Acutely Ill Patient

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Generates differential diagnosis for acute presentations | Prioritizes the differential diagnosis for acute presentations | Promptly recognizes urgent and emergent situations and coordinates appropriate diagnostic strategies | Mobilizes the multidisciplinary team to manage care for simultaneous patient visits | Efficiently manages and coordinates the care of multiple patients with a range of severity, including life-threatening conditions |
| Recognizes role of clinical protocols and guidelines in acute situations | Develops management plans for patients with common acute conditions<br>_Requires Attention_ | Implements management plans for patients with complex acute conditions, including stabilizing acutely ill patients | Independently coordinates care for acutely ill patients with complex comorbidities | Directs the use of resources to manage a complex patient care environment or situation |
| Recognizes that acute conditions have an impact beyond the immediate disease process | Identifies the interplay between psychosocial factors and acute illness | Incorporates psychosocial factors into management plans of acute illness for patients and caregivers | Modifies management plans for acute illness based on complex psychosocial factors and patient preferences | Implements strategies to address the psychosocial impacts of acute illness on populations |

○ Not yet assessable
● Not Yet Completed Level 1

**AVG** 3.22   **PEER** 3.61   **PRIOR** N/A

JUL AUG SEP OCT NOV DEC

View Details

Complete

## Patient Care 2: Care of Patients with Chronic Illness

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Recognizes that common conditions may be chronic (e.g., anxiety, high blood pressure) | Identifies variability in presentation and progression of chronic conditions | Determines the potential impact of comorbidities on disease progression | Balances the competing needs of patients' comorbidities | Leads multidisciplinary initiatives to manage patient populations with chronic conditions and comorbidities |
| Formulates a basic management plan that addresses a chronic illness | Identifies and accesses appropriate clinical guidelines to develop and implement plans for management of chronic conditions | Synthesizes a patient-centered management plan that acknowledges the relationship between comorbidities and disease progression | Applies experience with incorporating evidence-based medicine in the management of patients with chronic conditions | Initiates supplemental strategies (e.g., leads patient and family advisory councils, community health, practice innovation) to improve the care of patients with chronic conditions |
| Recognizes that chronic conditions have an impact beyond the disease process | Identifies the impact of chronic conditions on individual patients and the others involved in their care | Develops collaborative goals of care and engages the patient in self-management of chronic conditions | Facilitates efforts at self-management of chronic conditions, including engagement of family and community resources | |

- ● Not yet assessable
- ○ Not Yet Completed Level 1
- ○ Requires Attention

| AVG | PEER | PRIOR |
|---|---|---|
| 3.10 | 3.55 | N/A |

View Details

## Patient Care 3: Health Promotion and Wellness

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Identifies screening and prevention guidelines by various organizations | Reconciles competing prevention guidelines to develop a plan for an individual patient, and considers how these guidelines apply to the patient population | Identifies barriers and alternatives to preventive health tests, with the goal of shared decision making | Incorporates screening and prevention guidelines in patient care outside of designated wellness visits | Participates in guideline development or implementation across a system of care or community |
| Identifies opportunities to maintain and promote wellness in patients | Recommends management plans to maintain and promote health, including addressing barriers | Implements plans to maintain and promote health, including addressing barriers | Implements comprehensive plans to maintain and promote health, incorporating pertinent psychosocial factors and other determinants of health | Partners with the community to promote health |

○ Not yet assessable
○ Not Yet Completed Level 1
● maintain and promote health
○
○
○
○

```
5
4
3
2
1
0
     JUL  AUG  SEP  OCT  NOV  DEC
```

| AVG | PEER | PRIOR |
|---|---|---|
| 3.07 | 3.42 | N/A |

View Details

## Patient Care 4: Ongoing Care of Patients with Undifferentiated Signs, Symptoms, or Health Concerns

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Acknowledges the value of continuity in caring for patients with undifferentiated illness | Accepts uncertainty and maintains continuity while managing patients with undifferentiated illness | Facilitates patients' understanding of their expected course and events that require physician notification | Coordinates collaborative treatment plans for patients with undifferentiated illness | Coordinates expanded initiatives to facilitate care of patients with undifferentiated illness |
| | Develops a differential diagnosis for patients with undifferentiated illness | Prioritizes cost-effective diagnostic testing and consultations that will change the management of undifferentiated illness | Uses multidisciplinary resources to assist patients with undifferentiated illness | Contributes to the development of medical knowledge around undifferentiated illness |
| ● | ○ | ○ ○ | ○ | ○ |
| | | | to deliver health care more efficiently | |

Not yet assessable
Not Yet Completed Level 1



| | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|

| **AVG** | **PEER** | **PRIOR** |
|---|---|---|
| 3.11 | 3.57 | N/A |

View Details

## Patient Care 5: Management of Procedural Care

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Identifies the breadth of procedures that family physicians perform | Identifies patients for whom a procedure is indicated and who is equipped to perform it | Demonstrates confidence and motor skills while performing procedures, including addressing complications | Identifies and acquires the skills to independently perform procedures in the current practice environment | Identifies procedures needed in future practice and pursues supplemental training to independently perform |
| Recognizes family physicians' role in referring patients for appropriate procedural care | Counsels patients about expectations for common procedures performed by family physicians and consultants | Performs independent risk and appropriateness assessment based on patient-centered priorities for procedures performed by consultants | Collaborates with procedural colleagues to match patients with appropriate procedures, including declining support for procedures that are not in the patient's best interest | |

○   ●   ○   ○   ○   ○

Not yet assessable
Not Yet Completed Level 1

Graph showing monthly scores JUL-DEC

| AVG | PEER | PRIOR |
|---|---|---|
| 3.17 | 3.45 | N/A |

View Details

## Medical Knowledge 1: Demonstrates Medical Knowledge of Sufficient Breadth and Depth to Practice Family Medicine

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| ☑ Describes the pathophysiology and treatments of patients with common conditions | ☑ Applies knowledge of pathophysiology with intellectual curiosity for treatment of patients with common conditions | ☑ Demonstrates knowledge of complex pathophysiology and the comprehensive management of patients across the lifespan | ☑ Integrates clinical experience and comprehensive knowledge in the management of patients across the lifespan | ☑ Expands the knowledge base of family medicine through dissemination of original research |
| ☑ Describes how behaviors impact patient health | ☑ Identifies behavioral strategies to improve health | ☑ Engages in learning behavioral strategies to address patient care needs | ☑ Demonstrates comprehensive knowledge of behavioral strategies and resources to address patient's needs | |

| | | | | |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

Not yet assessable  ○
Not Yet Completed Level 1  ○



| AVG | PEER | PRIOR |
|---|---|---|
| 3.11 | 3.53 | N/A |

View Details

## Medical Knowledge 2: Critical Thinking and Decision Making

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Incorporates key elements of a patient story into an accurate depiction of their presentation | Develops an analytic, prioritized differential diagnosis for common presentations | Develops a prioritized differential diagnosis for complex presentations | Synthesizes information to reach high probability diagnoses with continuous re-appraisal to minimize clinical reasoning errors | Engages in deliberate practice and coaches others to minimize clinical reasoning errors |
| Describes common causes of clinical reasoning error | Identifies types of clinical reasoning errors within patient care, with guidance | Demonstrates a structured approach to personally identify clinical reasoning errors | Anticipates and accounts for errors and biases when interpreting diagnostic tests | Pursues knowledge of new and emerging diagnostic tests |
| Interprets results of common diagnostic testing | Interprets complex diagnostic information | Synthesizes complex diagnostic information accurately to reach high probability diagnoses | | |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

Not yet assessable
Not Yet Completed Level 1



| AVG | PEER | PRIOR |
|---|---|---|
| 3.15 | 3.54 | N/A |

View Details

## Systems-Based Practice 1: Patient Safety and Quality Improvement

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Demonstrates knowledge of common patient safety events | Identifies system factors that lead to patient safety events | Participates in analysis of patient safety events (simulated or actual) | Conducts analysis of patient safety events and offers error prevention strategies (simulated or actual) | Actively engages teams and processes to modify systems to prevent patient safety events |
| Demonstrates knowledge of how to report patient safety events | Reports patient safety events through institutional reporting systems (simulated or actual) | Participates in disclosure of patient safety events to patients and families (simulated or actual) | Discloses patient safety events to patients and families (simulated or actual) | Role models or mentors others in the disclosure of patient safety events |
| Demonstrates knowledge of basic quality improvement methodologies and metrics | Describes local quality improvement initiatives (e.g., community vaccination rate, infection rate, smoking cessation) | Participates in local quality improvement initiatives | Demonstrates skills required to identify, develop, implement, and analyze a quality improvement project | Designs, implements, and assesses quality improvement initiatives at the institutional or community level |

○ Not Yet Completed Level 1   ○   ○   ○   ○

AVG 3.06 | PEER 3.42 | PRIOR N/A

[Chart showing monthly data JUL–DEC, values between 0–5]

View Details

## Systems-Based Practice 2: System Navigation for Patient-Centered Care

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Demonstrates knowledge of care coordination | Coordinates care of patients in routine clinical situations effectively using the roles of the interprofessional team members | Coordinates care of patients in complex clinical situations effectively using the roles of the interprofessional team member | Role models effective coordination of patient-centered care among different disciplines and specialties | Analyses the process of care coordination and leads in the design and implementation of improvements |
| Identifies key elements for safe and effective transitions of care and hand-offs | Performs safe and effective transitions of care/hand-offs in routine clinical situations | Performs safe and effective transitions of care/hand-offs in complex clinical situations | Role models and advocates for safe and effective transitions of care/hand-offs within and across health care delivery systems including outpatient settings | Improves quality of transitions of care within and across health care delivery systems to optimize patient outcomes |
| Demonstrates knowledge of population and community health needs and disparities | Identifies specific population and community health needs and inequities in their local population | Uses local resources effectively to meet the needs of a patient population and community | Participates in changing and adapting practice to provide for the needs of specific populations | Leads innovations and advocates for communities with health care inequities |

○ Not Yet Completed Level 1  ● Level 1  ○ Level 2  ○ Level 3  ○ Level 4  ○ Level 5

| AVG | PEER | PRIOR |
|---|---|---|
| 3.25 | 3.59 | N/A |

View Details

JUL  AUG  SEP  OCT  NOV  DEC

## Systems-Based Practice 3: Physician Role in Health Care Systems

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Identifies key components of the complex health care system (e.g., hospital, skilled nursing facility, finance, personnel, technology) | Describes how components of a complex health care system are interrelated, and how this impacts patient care | Discusses how individual practice affects the broader system (e.g., length of stay, readmission rates, clinical efficiency) | Manages various components of the complex health care system to provide efficient and effective patient care and transition of care | Advocates for or leads systems change that enhances high-value, efficient, and effective patient care and transition of care |
| Describes basic health payment systems, (including government, private, public, uninsured care) and practice models | Delivers care with consideration of each patient's payment model (e.g., insurance type) | Engages with patients in shared decision making, informed by each patient's payment models | Advocates for patient care needs (e.g., community resources, patient assistance resources) | Participates in health policy advocacy activities |
| | Demonstrates use of information technology required for medical practice (e.g., electronic health record) | Describes core administrative knowledge needed for transition to practice (e.g., contract negotiations, malpractice insurance, government regulation, compliance) | Analyzes individual practice patterns and prepares for professional requirements to enter practice | |
| Identifies basic knowledge domains for effective transition to practice Not Yet Completed Level 1 | documentation required for billing and coding) | | | |
| information technology, legal, billing and coding, financial, personnel) | | | | |

AVG **3.30**  PEER **3.44**  PRIOR **N/A**

View Details

## Systems-Based Practice 4: Advocacy

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Identifies that advocating for patient populations is a professional responsibility | Identifies that advocating for family medicine is a professional responsibility | Describes how stakeholders influence and are affected by health policy at the local, state, and federal leve | Accesses advocacy tools and other resources needed to achieve (or prevent a deleterious) policy change | Develops a relationship with stakeholders that advances or prevents a policy change that improves individual or community health |

**Not Yet Completed Level 1** ● ○ ○ ○ ○ ○

## Practice-Based Learning and Improvement 1: Evidence-Based and Informed Practice

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Demonstrates how to access, categorize, and analyze clinical evidence | Articulates clinical questions and elicits patient preferences and values in order to guide evidence-based care | Locates and applies the best available evidence, integrated with patient preference, to the care of complex patients | Critically appraises and applies evidence even in the face of uncertainty and conflicting evidence to guide care, tailored to the individual patient | Coaches others to critically appraise and apply evidence for complex patients; and/or collaboratively develops evidence-based decision-making tools |

**Not Yet Completed Level 1** ● ○ ○ ○ ○ ○



| AVG | PEER | PRIOR |
|---|---|---|
| 3.12 | 3.45 | N/A |

View Details

| AVG | PEER | PRIOR |
|---|---|---|
| 3.15 | 3.52 | N/A |

View Details

**Practice-Based Learning and Improvement 2: Reflective Practice and Commitment to Personal Growth**

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Accepts responsibility for personal and professional development by establishing goals | Demonstrates openness to performance data (feedback and other input) in order to inform goals | Intermittently seeks additional performance data with adaptability and humility | Consistently seeks performance data with adaptability and humility | Leads performance review processes |
| Identifies the factors which contribute to gap(s) between expectations and actual performance | Self-reflects and analyzes factors which contribute to gap(s) between expectations and actual performance | Self-reflects, analyzes, and institutes behavioral change(s) to narrow the gap(s) between expectations and actual performance | Challenges assumptions and considers alternatives in narrowing the gap(s) between expectations and actual performance | Coaches others on reflective practice |
| Acknowledges there are always opportunities for self-improvement | Designs and implements a learning plan, with prompting | Independently creates and implements a learning plan | Uses performance data to measure the effectiveness of the learning plan and when necessary, improves it | Facilitates the design and implementing learning plans for others |

○ Not Yet Completed Level 1  ○  ○  ○  ○

[Graph showing monthly data JUL–DEC, values 0–5]

| AVG | PEER | PRIOR |
|---|---|---|
| 3.21 | 3.57 | N/A |

View Details

## Professionalism 1: Professional Behavior and Ethical Principles

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| ▪ Describes professional behavior and potential triggers for personal lapses in professionalism | ▪ Demonstrates professional behavior in routine situations | ▪ Demonstrates professional behavior in complex or stressful situations | ▪ Recognizes situations that may trigger professionalism lapses and intervenes to prevent lapses in self and others | ▪ Mentors others in professional behavior |
| ▪ Takes responsibility for personal lapses in professionalism | ▪ Describes when and how to report professionalism lapses in self and others | ▪ Recognizes need to seek help in managing and resolving complex professionalism lapses | ▪ Recognizes and uses appropriate resources for managing and resolving dilemmas as needed | ▪ Identifies and seeks to address system-level factors that induce or exacerbate ethical problems and professionalism lapses or impede their resolution |
| ▪ Demonstrates knowledge of ethical principles | ▪ Analyzes straightforward situations using ethical principles | ▪ Analyzes complex situations using ethical principles | | |
| ● | ○ | ○ | ○ | ○ |

Not Yet Completed Level 1 ○

```
5
4        o—o
3     o       o—o
2   o              o—o
1
0
   JUL  AUG  SEP  OCT  NOV  DEC
```

| **AVG** | **PEER** | **PRIOR** |
|---|---|---|
| 3.49 | 3.76 | N/A |

View Details

## Professionalism 2: Accountability/Conscientiousness

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Takes responsibility for failure to complete tasks and responsibilities, identifies potential contributing factors, and describes strategies for ensuring timely task completion in the future | Performs tasks and responsibilities in a timely manner with appropriate attention to detail in routine situations | Performs tasks and responsibilities in a timely manner with appropriate attention to detail in complex or stressful situations | Recognizes and addresses situations that may impact others' ability to complete tasks and responsibilities in a timely manner | Takes ownership of system outcomes |
| Responds promptly to requests or reminders to complete tasks and responsibilities | Recognizes situations that may impact own ability to complete tasks and responsibilities in a timely manner | Proactively implements strategies to ensure that the needs of patients, teams, and systems are met | | |

- ● Not Yet Completed Level 1
- ○ Level 1
- ○ Level 2
- ○ Level 3
- ○ Level 4
- ○ Level 5

|  | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5 | | | | | | |
| 4 | ○ | | | ○ | ○ | |
| 3 | ● | ● | ● | ● | | |
| 2 | | | | | | |
| 1 | | | | | | |
| 0 | | | | | | |

| **AVG** | **PEER** | **PRIOR** |
|---|---|---|
| 3.56 | 3.90 | N/A |

View Details

## Professionalism 3: Self-Awareness and Help-Seeking Behaviors

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Recognizes status of personal and professional well-being, with assistance | Independently recognizes status of personal and professional well-being, with guidance | Proposes a plan to optimize personal and professional well-being | Independently develops a plan to optimize personal and professional well-being | Addresses system barriers to maintain personal and professional well-being |
| Recognizes limits in the knowledge/skills of self, with assistance | Independently recognizes limits in the knowledge/skills of self and team and demonstrates appropriate help-seeking behaviors | Proposes a plan to remediate or improve limits in the knowledge/skills of self or team, with guidance | Independently develops a plan to remediate or improve limits in the knowledge/skills of self or team | Mentors others to enhance knowledge/skills of self or team |

- ● Not Yet Completed Level 1
- ○ Level 1
- ○ Level 2
- ○ Level 3
- ○ Level 4
- ○ Level 5



| **AVG** | **PEER** | **PRIOR** |
|---|---|---|
| 3.13 | 3.59 | N/A |

View Details

## Interpersonal and Communication Skills 1: Patient- and Family-Centered Communication

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Uses language and nonverbal behavior to demonstrate respect, establish rapport while communicating one's own role within the health care system | Establishes a therapeutic relationship in straightforward encounters using active listening and clear language | Establishes a therapeutic relationship in challenging patient encounters | Maintains therapeutic relationships, with attention to patient/family concerns and context, regardless of complexity | Mentors others in situational awareness and critical self-reflection to consistently develop positive therapeutic relationships |
| Recognizes easily identified barriers to effective communication (e.g., language, disability) | Identifies complex barriers to effective communication (e.g., health literacy, cultural) | Sensitively and compassionately delivers medical information, attempting to minimize communication barriers | Independently recognizes personal biases while attempting to proactively minimize address bias | Leads or develops initiatives to identify and address bias |
|  | Organizes and initiates communication, sets the agenda, clarifies expectations, and verifies understanding | When prompted, reflects on personal biases while managing patient/family values, goals, preferences, uncertainty, and conflict | Independently uses shared decision making to align patient/family values, goals, and preferences with treatment options to make a personalized care plan | Role models shared decision making in patient/family communication including those with a high degree of uncertainty/conflict |
| Identifies the need to communication strategies | | | | |

● Not Yet Completed Level 1

**AVG** 3.47  **PEER** 3.74  **PRIOR** N/A

View Details

## Interpersonal and Communication Skills 2: Interprofessional and Team Communication

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Respectfully requests/receives a consultation | Clearly and concisely requests/responds to a consultation | Checks understanding of consult recommendations (received or provided) | Coordinates recommendations from different members of the health care team to optimize patient care, resolving conflict when needed | Role models flexible communication strategies that value input from all health care team members, resolving conflict when needed |
| Uses language that values all members of the health care team | Communicates information effectively with all health care team members | Communicates concerns and provides feedback to peers and learners | Communicates feedback and constructive criticism to supervising individuals | Facilitates regular health care team-based feedback in complex situations |

○ ○ ○ ○ ○ ○ ○ ○ ○

Not Yet Completed Level 1

**AVG** 3.37  **PEER** 3.69  **PRIOR** N/A

View Details

## Interpersonal and Communication Skills 3: Communication within Health Care Systems

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Accurately and timely records information in the patient record *Requires Attention* | Demonstrates organized diagnostic and therapeutic reasoning through notes in the patient record | Uses patient record to communicate updated and concise information in an organized format | Demonstrates efficiency in documenting patient encounters and updating record | Optimizes and improves functionality of the electronic medical record within their system |
| Learns institutional policy and safeguards patient personal health information | Appropriately uses documentation shortcuts; records required data in formats required by institutional policy | Appropriately selects direct (e.g., telephone, in-person) and indirect (e.g., progress notes, text messages) forms of communication based on context and policy | Manages the volume and extent of written and verbal communication that are required for practice | Guides departmental or institutional communication around policies and procedures |
| Communicates through appropriate channels as required by institutional policy (e.g., patient safety reports, cell phone/pager usage) | Respectfully communicates concerns about the system | Uses appropriate channels to offer clear and constructive suggestions for system improvement while acknowledging system limitations | Initiates difficult conversations with appropriate stakeholders to improve the system | Facilitates dialogue regarding systems issues among larger community stakeholders (residency institution, health care system, field) |

Not Yet Completed Level 1  ○  ○  ○  ○  ○  ○  ○  ○  ○

```
5
4
3
2
1
0
   JUL  AUG  SEP  OCT  NOV  DEC
```

| AVG | PEER | PRIOR |
|---|---|---|
| 3.50 | 3.67 | N/A |

View Details