**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletree.com

Immon Shafiei, Esq.
immon.shafiei@ogletreedeakins.com

May 10, 2023

**VIA ECF**

Hon. Edward S. Kiel, U.S.M.J.
Frank R. Lautenberg U.S. Post Office
& Courthouse Building
2 Federal Square - Courtroom 8
Newark, New Jersey 07012

    RE:   *Lina Terzian, DO v. Montclair Hospital, LLC d/b/a Hackensack Meridian Mountainside Medical Center*
             <u>**Civil Action No.: 2:22-cv-04396**</u>

Dear Judge Kiel:

    This office represents Defendant, Montclair Hospital, LLC d/b/a Hackensack Meridian Mountainside Medical Center ("Defendant"), in the above-referenced matter. Defendant respectfully submits this joint letter along with Plaintiff, Lina Terzian, D.O. ("Plaintiff"), as an update to the Court on the status of discovery in this matter.

    To date, the parties have exchanged written discovery requests and responses. Defendant is currently waiting for Plaintiff to produce executed medical authorizations to send to Plaintiff's medical providers. Additionally, on May 1, 2023, Plaintiff provided proposed ESI search terms, and Defendant currently is in the process of conducting an ESI search for the eleven custodians Plaintiff' has identified. Once these documents have been exchanged, and any deficiencies have been cured, the parties then anticipate conducting Plaintiff's deposition along with multiple Defendant witness depositions in this matter.

    To that end, the parties respectfully request a ninety (90) day extension of time of the Court's remaining deadlines set forth in its December 14, 2022 Order. [ECF No. 20]. This extension will allow the parties adequate time to receive and review documents, meet and confer regarding any outstanding deficiencies, and conduct the necessary depositions. The requested extension will extend the case's deadlines to the following dates:

- Fact Discovery Deadline: **<u>August 24, 2023</u>**
- Plaintiff's Expert Reports: **<u>September 21, 2023</u>**
- Defendant's Expert Reports: **<u>October 19, 2023</u>**
- Expert Depositions: **<u>November 23, 2023</u>**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Hon. Edward S. Kiel, U.S.M.J.
May 10, 2023
Page 2

      There have been no previous requests for extension of the Court's discovery deadlines submitted. Additionally, at this time, there are no other pending motions or issues to be addressed. Thank you for your kind attention to this matter.

      Should the Court require any additional information or wish to schedule a call to discuss this matter, counsel for the parties will make themselves available at the Court's convenience.

      Respectfully submitted,

      */s/ Immon Shafiei*

      Immon Shafiei


cc:    Jason Solotaroff, Esq. (jsolotaroff@gslawny.com)
       Michael Nacchio, Esq. (michael.nacchio@ogletreedeakins.com)