**GISKAN SOLOTAROFF & ANDERSON LLP**
Attorneys at Law

August 23, 2023

BY ECF
Hon. Edward S. Kiel
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **Terzian v. Montclair Hospital LLC, 2:22-cv-04396-ES-ESK**

Your Honor:

  I represent Plaintiff in this action and write, jointly with defense counsel, to seek a final 120-day extension of the time to complete discovery in this matter. The current deadline is tomorrow, August 24, 2023. The parties strongly believe that they will be able to complete discovery in this period.

  The additional time is necessary because Defendant was only able to provide ESI recently and it turns out that certain records relating to other residents need to be obtained by a subpoena. In addition, there are a large quantity of depositions given the number of physicians who provided evaluations of Plaintiff. Once the ESI review is complete and the other records are obtained, the parties will expeditiously complete depositions and any post deposition discovery.

  The parties have made one previous request for an extension of this deadline, which was granted.

  Thank you for your consideration of this matter.

      Sincerely yours,

      /s

      Jason L. Solotaroff

cc: All counsel

90 Broad Street, 2nd Floor | New York, New York 10004